**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FRANCISCO JAVIER APARICIO NUNEZ, | ) |
| | ) |
| *Petitioner*, | ) |
| | ) Case No. 1:26-cv-1321 (RDA/LRV) |
| v. | ) |
| | ) |
| TODD W. BLANCHE, *et al.*, | ) |
| | ) |
| *Respondents*. | ) |

## ORDER

Upon consideration of the federal respondents' Emergency Motion to Stay and to Reconsider, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that this Court's order of May 20, 2026 (Dkt. No. 5) is STAYED pending further order of this Court.

It is SO ORDERED.

Alexandria, Virginia
May 22, 2026

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge